FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-20-00598-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS Y. BENAVIDES, JR., AN INCAPACITATED PERSON**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6–000081-L2
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The Appellant's (Leticia R. Benavides) Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until September 20, 2021.

It is so **ORDERED** September 16, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT